Gerrit M. Pronske
State Bar No. 16351640
Rakhee V. Patel
State Bar No. 00797213
Christina W. Stephenson
State Bar No. 24049535
PRONSKE & PATEL, P.C.
2200 Ross Avenue, Suite 5350
Dallas, X 75201
 (214) 658-6500 – Telephone
(214) 658-6509 – Telecopier
Email: gpronske@pronskepatel.com
Email: rpatel@pronskepatel.com
Email: cstephenson@pronskepatel.com

ATTORNEYS FOR REORGANIZED DEBTOR

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **TOWN OF MARSHALL CREEK, TEXAS** | § | **CASE NO. 06-40072** |
| | § | **Chapter 9** |
| **Debtor.** | § | |

## APPLICATION FOR FINAL DECREE

TO THE HONORABLE BRENDA RHOADES,
UNITED STATES BANKRUPTCY JUDGE:

Town of Marshall Creek, Texas (the "Reorganized Debtor"), under a confirmed Chapter 9 Plan, hereby requests the Court to enter a final decree in this Chapter 9 case pursuant to Section 350 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 3022, as follows:

1.      The Debtor filed the above-referenced case under Chapter 9 of the Bankruptcy Code on January 6, 2006, and confirmed their Chapter 9 Plan of Reorganization (the "Plan") on October 18, 2007.

2.      The Plan has been substantially consummated.

3. The Debtor has fully administered the property of the estate, and this case is in a position to be closed with an entry of a final decree.

WHEREFORE, the Debtor respectfully requests this Court to enter an Order of Final Decree that closes this Chapter 9 case, and grants such other and further relief as the Court deems just and proper.

Dated: January 10, 2012                         Respectfully submitted,


/s/ Gerrit M. Pronske
Gerrit M. Pronske
State Bar No. 16351640
Rakhee V. Patel
State Bar No. 00797213
Christina W. Stephenson
State Bar No. 24049535
PRONSKE & PATEL, P.C.
2200 Ross Avenue, Suite 5350
Dallas, Texas 75201
(214) 658-6500 - Telephone
(214) 658-6509 – Telecopier
Email: gpronske@pronskepatel.com
Email: rpatel@pronskepatel.com
Email: cstephenson@pronskepatel.com

**COUNSEL FOR REORGANIZED DEBTOR**


**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that, on January 10, 2012, I caused to be served the foregoing pleading upon the parties on the service list attached hereto via the Court's electronic transmission facilities and/or United States mail, first class delivery.


/s/ Gerrit M. Pronske
Gerrit M. Pronske